478 A.2d 121

Commonwealth v. Simms, Appellant.

Petition for Allowance of Appeal
Granted March 4, 1985.

Submitted May 18, 1984. Leonard I. Sharon, for appellant; Dara A. DeCourcy, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, OLSZEWSKI and ROBERTS, JJ.

Judgment of sentence affirmed.